Michael A. BAILEY,[1] Petitioner Below, Appellant,

v.

Jackie JACKSON, Respondent Below, Appellee.

No. 381, 2015

Supreme Court of Delaware.

Submitted: August 7, 2015

Decided: August 18, 2015

Reargument Denied September 8, 2015

Court Below—Family Court of the State of Delaware in and for New Castle County,

1. By Order dated July 21, 2015, the Court *sua sponte* assigned pseudonyms to the parties.

Del.Supr. Ct. R. 7(d).

File No. CN08–05031, Pet. Nos. 13–38057, 14–05488, and 14–16798

DISMISSED.